Gregory L. Wilde
Nevada State Bar No. 4417

TB **TIFFANY & BOSCO**
P.A.

212 SOUTH JONES BOULEVARD
LAS VEGAS, NEVADA 89107
TELEPHONE: (702) 258-8200
FACSIMILE: (702) 258-8787
EMAIL: glw@tblaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IntraEdge, Inc., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SenseAgility Group, LLC, a Nevada limited liability company,<br><br>Defendant. | Case Number 2:17-cv-02549-JAD-PAL<br><br>**JUDGMENT**<br><br>ECF No. 9 |

Defendant SenseAgility Group, LLC ("Defendant") was regularly served with process and failed to appear and answer Plaintiff's claims within the period prescribed by law, and default having been duly entered by the Clerk of Court for failure to appear pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; upon application by Plaintiff IntraEdge, Inc. ("Plaintiff") and upon affidavit that Defendant is indebted to Plaintiff in the principal sum of $158,580.00 plus interest thereon; and that the claim is for a sum certain or for a sum which can by computation be made certain.

Based on the foregoing findings, and for good cause appearing:

**IT IS ORDERED** that Plaintiff is awarded Judgment against Defendant in the principal sum of **$158,580.00,** plus post-judgment interest at **1.63% per annum** from that date of this Judgment until paid in full. The Motion for Default Judgment **[9] is GRANTED.**

///

**IT IS FURTHER ORDERED** that Plaintiff is awarded its taxable costs in the amount of **$450.00**, with interest to accrue at the legal rate of **1.63% per annum** from the date of this Judgment until paid in full.

The Clerk of Court is directed to ENTER JUDGMENT accordingly and CLOSE THIS CASE.

_____
U.S. District Judge Jennifer Dorsey
March 19, 2018